# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RONALD E. BOLSER,

      Plaintiff,

          v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-353-AMJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation (Ct. Rec. 25) to grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment is ADOPTED in its entirety. The Commissioner's decision to deny Plaintiff disability benefits is Affirmed.

| | |
|---|---|
| November 5, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |